JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
Jeanne Sarmiento, Esq. (#309660)
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:     (949) 387-7200
Facsimile:      (949) 387-6676
Email: James@jameshawkinsaplc.com
           Greg@jameshawkinsaplc.com
           Michael@jameshawkinsaplc.com
           Jeanne@jameshawkinsaplc.com

Attorneys for Plaintiff
PAUL GREG ROBERDS,
individually and on behalf of all others similarly situated

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendants
HEAVENLY VALLEY, LIMITED PARTNERSHIP
and THE VAIL CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL GREG ROBERDS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>THE VAIL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY, a Colorado Corporation; HEAVENLY VALLEY, LIMIIED PARTNERSHIP, a Nevada Limited Partnership; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:21-cv-02251-JAM-CKD<br><br>**JOINT STIPULATION AND ORDER TO STAY CASE PENDING APPROVAL OF CLASS SETTLEMENT IN RELATED CASE; ORDER**<br><br><br>Complaint Filed:  September 8, 2021<br>Trial Date:            None<br>District Judge:     Hon. John A. Mendez<br>                              Courtroom 6, Sacramento<br>Magistrate Judge: Hon. Carolyn K. Delaney<br>                              Courtroom 24, Sacramento |

Plaintiff PAUL GREG ROBERDS ("Plaintiff") and Defendants THE VAIL CORPORATION DBA VAIL RESORTS MANAGEMENT COMPANY and HEAVENLY VALLEY, LIMITED PARTNERSHIP ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, herein agree and stipulate as follows:

## STIPULATION

WHEREAS, the Parties have reached a settlement to resolve all claims in this putative wage and hour class and collective action (the "Settlement");

WHEREAS, the Settlement resolves all claims in this lawsuit, as well as claims pled in related cases *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, Case No. 2:21-cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton I*"); *Hamilton v. Heavenly Valley, Limited Partnership*, Case No. SC20210148 (El Dorado County Superior Court) ("*Hamilton II*"); and *Heggen vs. Heavenly Valley, Limited Partnership*, Case No. 2:21-cv-00107-WBS-DB (E.D. Cal.) ("*Heggen*");

WHEREAS, the Parties have agreed as part of the Settlement to seek approval of the Settlement in *Hamilton II*, and to immediately stay all deadlines in this case, *Heggen, Gibson*, and *Hamilton I* pending approval of the Settlement in *Hamilton II*;

WHEREAS, the Parties anticipate that Plaintiffs will file a Motion for Preliminary Approval of the Class Action Settlement in *Hamilton II* at the earliest possible date;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that the Parties request the Court issue an order to stay all deadlines in this action and require the Parties to file a Joint Status Report addressing the status of the settlement approval process, and any additional information that the Court requires, on a date in March 2022, or such other date the Court deems appropriate.

| | | |
|---|---|---|
| DATED:  January 14, 2022 | | JAMES HAWKINS APLC |

By: /s/ Jeanne Sarmiento
    James R. Hawkins
    Gregory Mauro
    Michael Calvo
    Jeanne Sarmiento

Attorneys for Plaintiff
PAUL GREG ROBERDS, individually and on behalf of all others similarly situated

DATED:  January 14, 2022    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Evan R. Moses
    Evan R. Moses
    Melis Atalay

Attorneys for Defendants
HEAVENLY VALLEY, LIMITED PARTNERSHIP and THE VAIL CORPORATION

# ORDER

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFOR, the Court orders as follows:

(1) All deadlines in this action are hereby immediately stayed and vacated.

(2) The Parties shall file a Joint Status Report addressing the status of the settlement approval process, and any additional information that the Court requires, on March 18, 2022.

(3) A Status Conference Re Class Action Settlement is set for May 17, 2022 at 1:30 PM.

**IT IS SO ORDERED.**

DATED:  January 18, 2022                              /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT COURT JUDGE