JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
Jeanne Sarmiento, Esq. (#309660)
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:    (949) 387-7200
Facsimile:    (949) 387-6676
Email: James@jameshawkinsaplc.com
       Greg@jameshawkinsaplc.com
       Michael@jameshawkinsaplc.com
       Jeanne@jameshawkinsaplc.com

Attorneys for Plaintiff
PAUL GREG ROBERDS,
individually and on behalf of all others similarly situated

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendants
HEAVENLY VALLEY, LIMITED PARTNERSHIP
and THE VAIL CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL GREG ROBERDS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>THE VAIL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY, a Colorado Corporation; HEAVENLY VALLEY, LIMIIED PARTNERSHIP, a Nevada Limited Partnership; and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. 2:21-cv-02251-WBS-DB<br><br>**JOINT STATUS REPORT; ORDER**<br><br>Complaint Filed: September 8, 2021<br>Trial Date:      None<br>District Judge:  Hon. John A. Mendez<br>                 Courtroom 6, Sacramento<br>Magistrate Judge: Hon. Carolyn K. Delaney<br>                 Courtroom 24, Sacramento |

Case No. 2:21-cv-02251-WBS-DB

JOINT STATUS REPORT; ORDER

49941266_1.docx

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's January 19, 2022 Order (ECF No. 6) plaintiff PAUL GREG ROBERDS ("Plaintiff") and defendants THE VAIL CORPORATION DBA VAIL RESORTS MANAGEMENT COMPANY and HEAVENLY VALLEY, LIMITED PARTNERSHIP ("Defendants") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); and *Heggen v. Heavenly Valley, Limited Partnership*, Case No. 2:21-cv-00107-WBS-DB (E.D. Cal.) ("*Heggen*").

On December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims raised in this Action, pending court approval, as well as all claims pled in related cases *Gibson*, *Hamilton I*, *Hamilton II*, and *Heggen* (the "Settlement"). The plaintiffs in a fifth related case, *Quint v. Vail Resorts Inc.*, Case No. 1:20-cv-03569-DDD-GPG (D. Colo.), are not parties to the Settlement Agreement.

On January 4, 2022, Plaintiff Hamilton filed a Motion for Preliminary Approval of the Settlement before the El Dorado Superior Court in the *Hamilton II* proceeding. On February 1, 2022, the Court entered an Order granting the Motion for Preliminary Approval, provisionally certifying the settlement class, and ordering that notice be disseminated to all settlement class members. On March 8, 2022, the Court issued an order to extend time to issue notice of class settlement, continue the final approval hearing date, and grant leave to file a brief in excess of page limits. The Court's Order set a deadline of March 22, 2022 to mail the required notice to Settlement Class Members. At this time, Counsel expects that notice will go out on or before March 22, 2022. The response deadline will expire 45 days after mailing.

The *Hamilton II* court has set a hearing date for Plaintiff's Motion for Final Approval of the Settlement of June 17, 2022 at 1:30pm. In light of the pending June hearing, the Parties respectfully request that the Court continue the May 17, 2022 status conference to July 1, 2022, or a date

otherwise convenient for the Court that is after the June 17, 2022 Final Approval hearing date.

DATED: March 16, 2022                JAMES HAWKINS APLC

By: /s/ Gregory Mauro
    James R. Hawkins
    Gregory Mauro
    Michael Calvo
    Jeanne Sarmiento

Attorneys for Plaintiff
PAUL GREG ROBERDS, individually and on behalf of all others similarly situated

DATED: March 16, 2022                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Melis Atalay
    Evan R. Moses
    Melis Atalay

Attorneys for Defendants
HEAVENLY VALLEY, LIMITED PARTNERSHIP and THE VAIL CORPORATION

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFOR, the Court orders as follows:

(1)     The Parties shall file a Joint Status Report addressing the status of the settlement approval process, and any additional information that the Court requires, no later than May 27, 2022.

(3)     A Status Conference Re Class Action Settlement is set for July 12, 2022, at 1:30 PM.

**IT IS SO ORDERED.**

DATED: March 16, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE