1  EVAN R. MOSES, CA Bar No. 198099
   evan.moses@ogletree.com
2  MELIS ATALAY, CA Bar No. 301373
   melis.atalay@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:    213-239-9800
   Facsimile:    213-239-9045
6
   Attorneys for Defendant
7  HEAVENLY VALLEY LIMITED
   PARTNERSHIP
8
   JUSTIN TOOBI
9  justin@toobiesq.com
   724 S. Spring Street, Suite 201
10 Los Angeles, CA 90014
   Telephone:    310-435-9407
11
   Attorney for Plaintiff
12 ADAM HEGGEN

*Counsel caption continues on following page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Heggen, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>Heavenly Valley, Limited Partnership; and Does 1-10, inclusive;<br><br>    Defendants. | Case No. 2:21-cv-00107-WBS-DB<br><br>**JOINT STATUS REPORT; ORDER**<br><br>**RELATED TO: 2:21-CV-01260 WBS DB**<br>**                2:21-CV-01608 WBS DB**<br>**                2:21-CV-02251-WBS-DB**<br><br>Complaint Filed: October 21, 2020<br>Date Removed:    January 21, 2021<br>District Judge:    Hon. William B. Shubb<br>                   Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                   Courtroom 27, Sacramento |

ELLIOT J. SIEGEL, Cal. Bar No. 286798
elliot@kingsiegel.com
JULIAN BURNS KING, Cal. Bar No. 298716
julian@kingsiegel.com
KING & SIEGEL LLP
724 S. Spring Street, Suite 201
Los Angeles, CA 90017
Telephone:     213-465-4802
Facsimile:      213-465-4803

Attorneys for Plaintiff
ADAM HEGGEN

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's March 2, 2022 Order (ECF No. 13), plaintiff Adam Heggen ("Plaintiff") and defendant Heavenly Valley Limited Partnership ("Defendant") (collectively "the Parties") hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); and *Roberds v. The Vail Corporation et al.*, Case No. 2:21-cv-02251-WBS-DB ("*Roberds*").

On December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement").

In the *Hamilton* II Action, on February 1, 2022, the El Dorado County Superior Court entered an Order granting Plaintiffs' Motion for Preliminary Approval of the Settlement. The Order provisionally certified the settlement class, and ordered that notice be disseminated to all settlement class members. Notice of class action settlement went out to over 100,000 affected individuals on March 22, 2022. The deadline to object or opt-out expired on May 20, 2022.

On June 17, 2022, the Hamilton II Court continued the hearing on Plaintiffs' Motion for Final Approval of the Settlement to Friday, August 19, 2022.

/ / /

/ / /

/ / /

/ / /

In light of the pending August hearing date, the Parties respectfully request that the Court continue the July 5, 2022 Status Conference to September 16, 2022, or a date otherwise convenient for the Court.

DATED:                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Melis Atalay
    Evan R. Moses
    Melis Atalay

Attorneys for Defendant
HEAVENLY VALLEY LIMITED PARTNERSHIP

DATED:                              KING & SIEGEL LLP

By: /s/ Elliot Siegel
    Julian Burns King
    Elliot Siegel

Attorneys for Plaintiff
ADAM HEGGEN

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFOR, the Court orders as follows:

(1)   The Parties shall file a Joint Status Report addressing the status of the settlement approval process, and any additional information that the Court requires, on **September 27, 2022**.

(3)   A Status Conference Re Class Action Settlement is set **for   October 11, 2022 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:  June 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE