EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendant
HEAVENLY VALLEY LIMITED
PARTNERSHIP

JUSTIN TOOBI
justin@toobiesq.com
724 S. Spring Street, Suite 201
Los Angeles, CA 90014
Telephone:    310-435-9407

Attorney for Plaintiff
ADAM HEGGEN

*Counsel caption continues on following page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Heggen, an individual<br><br>                Plaintiff,<br><br>       v.<br><br>Heavenly Valley, Limited Partnership; and Does 1-10, inclusive;<br><br>                Defendants. | Case No. **2:21-cv-00107-WBS-DB**<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>**RELATED TO:  2:21-CV-01260 WBS DB**<br>                           **2:21-CV-01608 WBS DB**<br>                           **2:21-CV-02251 WBS DB**<br><br>Complaint Filed: October 21, 2020<br>Date Removed:    January 21, 2021<br>District Judge:      Hon. William B. Shubb<br>                              Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                              Courtroom 27, Sacramento |

1  JULIAN BURNS KING, Cal. Bar No. 298716
   julian@kingsiegel.com
2  ELLIOT J. SIEGEL, Cal. Bar No. 286798
   elliot@kingsiegel.com
3  KING & SIEGEL LLP
4  724 S. Spring Street, Suite 201
   Los Angeles, CA 90017
5  Telephone:    213-465-4802
   Facsimile:    213-465-4803
6
7  Attorneys for Plaintiff
   ADAM HEGGEN
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

Pursuant to Federal Rules of Civil Procedure 16, 23(e), and 41(a), plaintiff Adam Heggen ("Plaintiff") and defendant Heavenly Valley Limited Partnership ("Defendant" or "Heavenly") (collectively "the Parties") hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); and *Roberds v. The Vail Corporation et al.*, Case No. 2:21-cv-02251-WBS-DB ("*Roberds*"), as follows:

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement");

WHEREAS, after considering all final approval papers, all objections to the Settlement, , and oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order").

WHEREAS the Final Approval Order made the following findings concerning the Settlement, which covers the claims in this Action, among others:

- The Settlement is fair, adequate and reasonable;
- The distribution of the Notice to effectuate the Settlement has been completed in conformance with the El Dorado Superior Court's February 1, 2022 Order Granting Preliminary Approval; the El Dorado Superior Court's March 8, 2022 Order Extending Time to Issue Notice of Class Settlement; and the El Dorado Superior Court's Order Granting Plaintiffs' Unopposed Ex Parte Application to Permit Dissemination of a Supplemental Text Message Notice and to Extend the Response Deadline to May 20, 2022;

- The Notice was adequate, satisfied due process requirements, and was the best notice practicable under the circumstances;
- The Settlement Agreement is binding on all Settlement Class Members who have not timely opted out.
- A Class is certified for settlement purposes only, which is defined as all non-exempt employees who at any time during the Covered Period worked for and were employed by Vail (including Defendant in this action) in the United States and worked primary at one of its resort locations or mountain facilities, with limited exclusions.
- Judgment is entered.
- El Dorado Superior Court will retain jurisdiction over the Parties to enforce the terms of the Judgment pursuant to California Rule of Court 3.769(h);

WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice within 28 days that the Final Approval Order becomes a final, non-appealable order;

WHEREAS, on or around September 24, 2022, non-parties John Linn and Mark Molina filed a motion to set aside and vacate judgment in *Hamilton* II, which the trial court denied on November 14, 2022;

WHEREAS, on December 1, 2022, non-parties filed a notice of appeal concerning the order denying the motion to set aside and vacate judgment in *Hamilton* II;

WHEREAS the Respondents' Briefs are currently due December 26, 2023;

WHEREAS once Respondents' Briefs are filed, non-party Appellants will have 20 days thereafter to file their reply, if any, per California Rule of Court 8.212, which will be January 5, 2024 at the earliest;

NOW THEREFORE, the Parties hereby jointly request that this Court continue the December 4, 2023 Status Conference for a period of four (4) months, or March 4, 2024, or as soon thereafter as the Court's calendar permits.

| | | |
|---|---|---|
| DATED:  November 17, 2023 | | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | | By:  /s/   Melis Atalay |
| | | Evan R. Moses |
| | | Melis Atalay |
| | | Attorneys for Defendant |
| | | HEAVENLY VALLEY LIMITED PARTNERSHIP |
| DATED:  November 17, 2023 | | KING & SIEGEL LLP |
| | | By:  /s/  Elliot J. Siegel |
| | | Julian Burns King |
| | | Elliot J. Siegel |
| | | Attorneys for Plaintiff |
| | | ADAM HEGGEN |

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFOR, the Court orders as follows:

(1) The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires no later than **March 11, 2024.**

(2) A Status Conference Re Class Action Settlement is set for **March 25, 2024 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: November 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE