JAMES R. HAWKINS, CA Bar No. 192925
james@jameshawkinsaplc.com
GREGORY MAURO, CA Bar No. 222239
greg@jameshawkinsaplc.com
MICHAEL CALVO, CA Bar No. 314986
michael@jameshawkinsaplc.com
Jeanne Sarmiento, CA Bar No. 309660
Jeanne@jameshawkinsaplc.com
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:    949-387-7200
Facsimile:    949-387-6676

Attorneys for Plaintiff
PAUL GREG ROBERDS,
individually and on behalf of all others similarly situated

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendants
HEAVENLY VALLEY, LIMITED PARTNERSHIP
and THE VAIL CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL GREG ROBERDS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE VAIL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY, a Colorado Corporation; HEAVENLY VALLEY, LIMITED PARTNERSHIP, a Nevada Limited Partnership; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-02251-WBS-SCR<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>**Related to: 2:21-cv-00107 WBS SCR<br>　　　　　2:21-cv-01260 WBS SCR<br>　　　　　2:21-cv-01608 WBS SCR**<br><br>Complaint Filed:  September 8, 2021<br>Trial Date:　　　　None<br>District Judge:　　Hon. William B. Shubb<br>　　　　　　　　　Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>　　　　　　　　　Courtroom 27, Sacramento |

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    Plaintiffs Paul Greg Roberds ("Plaintiff") and defendant THE VAIL CORPORATION
3  DBA VAIL RESORTS MANAGEMENT COMPANY ("Defendant") (collectively the "Parties"),
4  hereby submit this joint status report regarding the status of the case and settlement approval
5  process in this Action and four other related cases: *Hamilton v. Heavenly Valley, Limited*
6  *Partnership*, 2:21-cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley,*
7  *Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Heggen v.*
8  *Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB ("*Heggen*"); and *Gibson v. The*
9  *Vail Corporation*, 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*").

10   WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina
11 (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against
12 Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-
13 GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the
14 action, which the court denied;

15   WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement
16 Agreement that fully and finally resolves all claims in the Action, pending court approval, as well
17 as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Gibson* ("the Settlement");

18   WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order
19 in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

20   WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

21   WHEREAS, after considering all final approval papers, all objections to the Settlement,
22 oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and
23 other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior
24 Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion
25 for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

26   WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the
27 Court denied;

28   WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene

and the order denying their motion to set aside and vacate judgment;

WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and vacate the judgment in *Hamilton* II;

WHEREAS, Defendant's petition for review filed with the California Supreme Court which was not granted;

WHEREAS, remittitur issued on January 29, 2025;

WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025, the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado Plaintiffs' (now Intervenors') motion to dismiss, and set a hearing for June 6, 2025;

WHEREAS, the outcome of that motion may determine whether settlement approval proceedings will again move forward in *Hamilton* II;

WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice within 28 days after the Final Approval Order becomes a final, non-appealable order;

NOW THEREFORE, the Parties hereby jointly request that this Court continue the May 5, 2025 Status Conference to Monday, August 4 at 1:30 pm, or as soon thereafter as the Court's calendar permits.

| | |
|---|---|
| DATED: April 24, 2025 | JAMES HAWKINS APLC |
| | By: /s/ Greg Mauro |
| |     Greg Mauro |
| | Attorneys for Plaintiffs |
| DATED: April 24, 2025 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By: /s/ Evan R. Moses |
| |     Evan R. Moses |
| |     Melis Atalay |
| | Attorneys for Defendant THE VAIL CORPORATION |

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1)     The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **July 28, 2025**.

(2)     The Status Conference is reset for **August 11, 2025 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: April 24, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE