1  EVAN R. MOSES, CA Bar No. 198099
   evan.moses@ogletree.com
2  MELIS ATALAY, CA Bar No. 301373
   melis.atalay@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:     213-239-9800
   Facsimile:      213-239-9045
6
   Attorneys for Defendant
7  HEAVENLY VALLEY LIMITED
   PARTNERSHIP
8
   JUSTIN TOOBI
9  justin@toobiesq.com
   724 S. Spring Street, Suite 201
10 Los Angeles, CA 90014
   Telephone:     310-435-9407
11
   Attorney for Plaintiff
12 ADAM HEGGEN

13 *Counsel caption continues on following page*

14

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| Adam Heggen, an individual | Case No. 2:21-cv-00107-WBS-SCR |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER** |
| v. | |
| Heavenly Valley, Limited Partnership; and Does 1-10, inclusive; | **RELATED TO:  2:21-CV-01260 WBS SCR**<br>**2:21-CV-01608 WBS SCR**<br>**2:21-CV-02251 WBS SCR** |
| Defendants. | Complaint Filed: October 21, 2020<br>Date Removed:   January 21, 2021<br>District Judge:    Hon. William B. Shubb<br>                   Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>                   Courtroom 27, Sacramento |

Case No. 2:21-cv-00107-WBS-SCR
JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER

1  JULIAN BURNS KING, Cal. Bar No. 298716
   julian@kingsiegel.com
2  ELLIOT J. SIEGEL, Cal. Bar No. 286798
   elliot@kingsiegel.com
3  KING & SIEGEL LLP
4  724 S. Spring Street, Suite 201
   Los Angeles, CA 90017
5  Telephone:    213-465-4802
   Facsimile:    213-465-4803
6
7  Attorneys for Plaintiff
   ADAM HEGGEN
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                    1                    Case No. 2:21-cv-00107-WBS-SCR
            JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER

1     TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2     Plaintiff Adam Heggen ("Plaintiff") and defendant THE VAIL CORPORATION DBA
3 VAIL RESORTS MANAGEMENT COMPANY ("Defendant") (collectively the "Parties"), hereby
4 submit this joint status report regarding the status of the case and settlement approval process in
5 this Action and four other related cases: *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-
6 cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley, Limited Partnership*,
7 SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Roberds v. Heavenly Valley,
8 Limited Partnership* ("*Roberds*"); and *Gibson v. The Vail Corporation*, 2:21-cv-01260-WBS-DB
9 (E.D. Cal.) ("*Gibson*").

10     WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina
11 (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against
12 Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-
13 GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the
14 action, which the court denied;

15     WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement
16 Agreement that fully and finally resolves all claims in the Action, pending court approval, as well
17 as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Gibson* ("the Settlement");

18     WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order
19 in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

20     WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

21     WHEREAS, after considering all final approval papers, all objections to the Settlement,
22 oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and
23 other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior
24 Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion
25 for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

26     WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the
27 Court denied;

28     WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene

1 and the order denying their motion to set aside and vacate judgment;

2 WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that
3 reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and
4 vacate the judgment in *Hamilton* II;

5 WHEREAS, Defendant's petition for review filed with the California Supreme Court which
6 was not granted;

7 WHEREAS, remittitur issued on January 29, 2025;

8 WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025,
9 the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado
10 Plaintiffs' (now Intervenors') motion to dismiss, and set a revised hearing for September 12, 2025;

11 WHEREAS, the outcome of that motion may determine whether settlement approval
12 proceedings will again move forward in *Hamilton* II;

13 WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice
14 within 28 days after the Final Approval Order becomes a final, non-appealable order;

15 NOW THEREFORE, the Parties hereby jointly request that this Court continue the August
16 11, 2025 Status Conference to Monday, October 13 at 1:30 pm, or as soon thereafter as the Court's
17 calendar permits.

18 DATED:  July 26, 2025                                KING & SIEGEL, LLP

20                                                                              By:  /s/  Elliot J. Siegel
                                                                                        Elliot J. Siegel

21                                                                              Attorneys for Plaintiffs

23 DATED: July 26, 2025                                 OGLETREE, DEAKINS, NASH, SMOAK &
24                                                                              STEWART, P.C.

26                                                                              By:  /s/  Evan R. Moses
                                                                                        Evan R. Moses
                                                                                        Melis Atalay
27
                                                                                Attorneys for Defendant
28                                                                              THE VAIL CORPORATION

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1) The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **October 6, 2025**.

(3) The Status Conference Re Settlement is reset for **October 20, 2025 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: August 5, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE