# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GREG ROBERDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE VAIL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY, a Colorado Corporation; HEAVENLY VALLEY, LIMITED PARTNERSHIP, a Nevada Limited Partnership; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02251-WBS-SCR<br><br>**ORDER GRANTING REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>**Related to: 2:21-cv-00107 WBS SCR**<br>**2:21-cv-01260 WBS SCR**<br>**2:21-cv-01260 WBS SCR**<br><br>Complaint Filed: September 8, 2021<br>Trial Date: None<br>District Judge: Hon. William B. Shubb<br>   Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>   Courtroom 27, Sacramento |

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1) The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **December 29, 2025**.

(2) A Status Conference is set for **January 12, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: October 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE