1 | JAMES R. HAWKINS, CA Bar. No. 192925
James@jameshawkinsaplc.com
2 | GREGORY MAURO, CA Bar. No. 222239
Greg@jameshawkinsaplc.com
3 | MICHAEL CALVO, CA Bar. No. 314986
Michael@jameshawkinsaplc.com
4 | JEANNE SARMIENTO, CA Bar. No. 309660
Jeanne@jameshawkinsaplc.com
5 | JAMES HAWKINS APLC
9880 Research Drive, Suite 200
6 | Irvine, CA 92618
Telephone:   (949) 387-7200
7 | Facsimile:   (949) 387-6676

8 | Attorneys for Plaintiff, PAUL GREG ROBERDS

9 | EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
10 | MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
11 | MATTHEW R. RICHARDSON, CA Bar No. 329252
matthew.richardson@ogletree.com
12 | OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
13 | 400 South Hope Street, Suite 1200
Los Angeles, CA 90071
14 | Telephone:   213-239-9800
Facsimile:   213-239-9045

16 | Attorneys for Defendants
THE VAIL CORPORATION WHICH WILL DO BUSINESS IN
CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY
17 | and HEAVENLY VALLEY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL GREG ROBERDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE VAIL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY, a Colorado Corporation; HEAVENLY VALLEY, LIMITED PARTNERSHIP, a Nevada Limited Partnership; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. **2:21-cv-02251- WBS-SCR**<br><br>Related to Case Nos.:<br>2:21-cv-01260 WBS- SCR (Gibson)<br>2:21-cv-00107 WBS SCR (Heggen)<br>2:21-cv-01608 WBS- SCR (Hamilton)<br>2:25-cv-01259-WBS-SCR (Sanchez)<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Complaint Filed: September 8, 2021<br>Trial Date: None<br>District Judge: Hon. William B. Shubb<br>    Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>    Courtroom 27, Sacramento |

1      **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2      Plaintiff PAUL GREG ROBERDS, individually and on behalf of all others similarly

3 situated ("Plaintiff") and defendants THE VAIL CORPORATION WHICH WILL DO BUSINESS

4 IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY and HEAVENLY

5 VALLEY ("Defendants") (collectively the "Parties"), hereby submit this joint status report

6 regarding the status of the case and settlement approval process in this Action and four other

7 related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.)

8 ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County

9 Superior Court) ("*Hamilton* II"); *Gibson v. The Vail Corporation*, 2:21-cv-01260-WBS-DB (E.D.

10 Cal.) ("*Gibson*"); and *Heggen v. Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB

11 ("*Heggen*").

12      WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina

13 (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against

14 Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-

15 GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the

16 action, which the court denied;

17      WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement

18 Agreement that fully and finally resolves all claims in the Action, pending court approval, as well

19 as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement");

20      WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order

21 in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

22      WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

23      WHEREAS, after considering all final approval papers, all objections to the Settlement,

24 oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and

25 other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior

26 Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion

27 for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

28      WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the

1  Court denied;

2  WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene
3  and the order denying their motion to set aside and vacate judgment;

4  WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that
5  reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and
6  vacate the judgment in *Hamilton* II;

7  WHEREAS, Defendant's petition for review filed with the California Supreme Court which
8  was not granted;

9  WHEREAS, remittitur issued on January 29, 2025;

10  WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025,
11  the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado
12  Plaintiffs' (now Intervenors') motion to dismiss, and set a hearing for June 6, 2025;

13  WHEREAS, due to a series of scheduling conflicts, the hearing on the Colorado Plaintiffs'
14  Motion to Dismiss was continued to September 12, 2025;

15  WHEREAS, on September 12, 2025, the Superior Court denied the Colorado Plaintiffs'
16  Motion to Dismiss;

17  WHEREAS, on November 18, 2025, the Colorado Plaintiffs moved to stay or dismiss
18  *Hamilton II*, which is set to be heard by the Superior Court on January 30, 2026;

19  WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice
20  within 28 days after the Final Approval Order becomes a final, non-appealable order;

21  NOW THEREFORE, the Parties hereby jointly request that this Court continue the January
22  12, 2026 Status Conference to Monday, April 27, 2026, at 1:30 pm, or as soon thereafter as the
23  Court's calendar permits to assess the impact of the pending motion.

24
25
26
27
28

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 29, 2025 | JAMES HAWKINS APLC |

By: /s/ Gregory Mauro
    James R. Hawkins
    Gregory Mauro
    Michael Calvo
    Jeanne Sarmiento

Attorneys for Plaintiff
PAUL GREG ROBERDS

DATED: December 29, 2025    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Matthew R. Richardson
    Evan R. Moses
    Melis Atalay
    Matthew R. Richardson

Attorneys for Defendants
THE VAIL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY and HEAVENLY VALLEY, LIMITED PARTNERSHIP

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1) The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **April 20, 2026**.

(3) A Status Conference is set for **May 4, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: January 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE