JAMES R. HAWKINS, CA Bar. No. 192925
James@jameshawkinsaplc.com
GREGORY MAURO, CA Bar. No. 222239
Greg@iameshawkinsaplc.com
MICHAEL CALVO, CA Bar. No. 314986
Michael@jameshawkinsaplc.com
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA  92618
Telephone:     (949) 387-7200
Facsimile:     (949) 387-6676

Attorneys for Plaintiff, PAUL GREG ROBERDS

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
MATTHEW R. RICHARDSON, CA Bar No. 329252
matthew.richardson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:     213-239-9045

Attorneys for Defendants
THE VAIL CORPORATION WHICH WILL DO BUSINESS IN
CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY
and HEAVENLY VALLEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GREG ROBERDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE VAIL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY, a Colorado Corporation; HEAVENLY VALLEY, LIMITED PARTNERSHIP, a Nevada Limited Partnership; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02251- WBS-SCR<br><br>Related to Case Nos.:<br>2:21-cv-01260 WBS- SCR (Gibson)<br>2:21-cv-00107 WBS SCR (Heggen)<br>2:21-cv-01608 WBS- SCR (Hamilton)<br>2:25-cv-01259-WBS-SCR (Sanchez)<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Complaint Filed:  September 8, 2021<br>Trial Date:         None<br>District Judge:    Hon. William B. Shubb<br>                         Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>                         Courtroom 27, Sacramento |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff PAUL GREG ROBERDS, individually and on behalf of all others similarly situated ("Plaintiff") and defendants THE VAIL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY and HEAVENLY VALLEY ("Defendants") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Gibson v. The Vail Corporation*, 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); and *Heggen v. Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB ("*Heggen*").

WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the action, which the court denied;

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement");

WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

WHEREAS, after considering all final approval papers, all objections to the Settlement, oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the

JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER

Court denied;

WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene and the order denying their motion to set aside and vacate judgment;

WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and vacate the judgment in *Hamilton* II;

WHEREAS, Defendant's petition for review filed with the California Supreme Court which was not granted;

WHEREAS, remittitur issued on January 29, 2025;

WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025, the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado Plaintiffs' (now Intervenors') motion to dismiss, and set a hearing for June 6, 2025;

WHEREAS, due to a series of scheduling conflicts, the hearing on the Colorado Plaintiffs' Motion to Dismiss was continued to September 12, 2025;

WHEREAS, Colorado Plaintiffs' motion to dismiss was heard on September 12, 2025, and denied on September 22, 2025;

WHEREAS, on November 18, 2025, the Colorado Plaintiffs moved to stay or dismiss *Hamilton II*, which was set to be heard by the Superior Court on January 30, 2026. However, due to unavailability of counsel, the Colorado Plaintiffs' motion to stay or dismiss *Hamilton II* will now be heard by the Superior Court on April 10, 2026;

WHEREAS, the Settlement provides that Plaintiffs will dismiss this action with prejudice within 28 days after the Final Approval Order becomes a final, non-appealable order;

NOW THEREFORE, the Parties hereby jointly request that this Court continue the March 9, 2026 Status Conference to Monday, May 11, 2026, at 1:30 pm, or as soon thereafter as the Court's calendar permits to assess the impact of the pending motion.

DATED:  February 23, 2026        JAMES HAWKINS APLC


                                 By:  /s/ Michael Calvo
                                      James R. Hawkins
                                      Gregory Mauro
                                      Michael Calvo

                                 Attorneys for Plaintiff
                                 PAUL GREG ROBERDS


DATED:  February 23, 2026        OGLETREE, DEAKINS, NASH, SMOAK &
                                 STEWART, P.C.



                                 By:  /s/ Matthew R. Richardson
                                      Evan R. Moses
                                      Melis Atalay
                                      Matthew R. Richardson

                                 Attorneys for Defendants
                                 THE VAIL CORPORATION WHICH WILL DO
                                 BUSINESS IN CALIFORNIA AS VAIL
                                 RESORTS MANAGEMENT COMPANY and
                                 HEAVENLY VALLEY, LIMITED
                                 PARTNERSHIP

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1)    The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **May 18, 2026**.

(3)    A Status Conference is set for **June 1, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:  February 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE